MARK WARNER

VERSUS

HONORABLE JUDGE, 24TH JDC

NO. 24-K-385

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 01, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MARK WARNER

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 24-1990

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and Scott U. Schlegel

**WRIT DENIED**

In this *pro se* writ application, relator seeks mandamus relief, ordering the trial court to rule upon his motion for bond reduction.

The official record shows that relator's motion for bond reduction was filed on July 26, 2024.  On July 30, 2024, the trial court promptly signed an order setting a hearing date on relator's *pro se* motion for September 18, 2024.  On September 9, 2024, defendant filed a motion to enroll John Fuller as attorney of record and defense counsel filed several motions,[1] which the trial court set for hearing on the same day as relator's *pro se* motion for bond reduction.  On September 18, 2024, defendant was present in court, defense counsel requested a continuance, and defendant's

---

[1] Defense counsel filed the following motions:  (1) motion for preliminary examination; (2) motion to suppress evidence seized with a warrant; (3) motion to suppress evidence seized without a warrant; (3) motion for bill of particulars and discovery and inspection; (5) motion to suppress statement; and (6) motion to suppress identification.

motions, including the motion for bond reduction, were reset for hearing on October 16, 2024.

Considering that defendant's motion for bond reduction is currently set for hearing on October 16, 2024, and according to the trial court record, was delayed on relator's motion, this request for mandamus relief is without merit.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 1st day of October, 2024.

**SJW**
**MEJ**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/01/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-385**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Mark Warner #1002216494 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054